```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DONALD PAULSRUD JR, | ) | No. EDCV 14 - 1626 SH |
| | ) | |
| Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED EIGHTY DOLLARS AND 96/100 ($1,680.96) subject to the terms of the stipulation.

DATE: 3/24/15

*[signature: Stephen Hillman]*

_____
HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-